# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00287-CR

**Irineo Gonzalez De Hoyos, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
NO. 03-230-K277, HONORABLE KEN ANDERSON, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

In September 2003, appellant Irineo Gonzalez De Hoyos pleaded guilty to possessing more than 400 grams of a penalty group four controlled substance. *See* Tex. Health & Safety Code Ann. § 481.118(a), (e) (West 2003). The court adjudged him guilty and, consistent with the plea bargain, sentenced him to thirty years in prison. There was no appeal. In August 2004, the court of criminal appeals denied appellant's post-conviction habeas corpus application without a written order. On April 26, 2005, appellant filed a motion to withdraw his guilty plea. He gave notice of appeal after being informed that the district court took no action on the motion.

There being no appealable order, the appeal is dismissed.


_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed for Want of Jurisdiction

Filed:   May 26, 2005

Do Not Publish